**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 20, 2013

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re:  Case No. 11-2328, *USA v. DTE Energy, et al*
     Originating Case No. : 2:10-cv-13101

Dear Clerk,

   Enclosed is a copy of the mandate filed in this case.

                                    Sincerely yours,

                                    s/Roy G. Ford
                                    Case Manager
                                    Direct Dial No. 513-564-7016

cc:  Mr. Thomas A. Benson
     Mr. Mark B. Bierbower
     Ms. Holly D. Bressett
     Mr. F. William Brownell
     Mr. Makram Bassam Jaber
     Mr. Harry Margerum Johnson III
     Mr. Richard S. Moskowitz
     Mr. Harry M. Ng
     Ms. Jessie J. Rossman
     Mr. George Peter Sibley III
     Mr. Michael J. Solo Jr.
     Mr. William L. Wehrum

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 11-2328

_____

Filed: May 20, 2013

UNITED STATES OF AMERICA

      Plaintiff - Appellant

v.

DTE ENERGY COMPANY; DETROIT EDISON COMPANY

      Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 03/28/2013 the mandate for this case hereby issues today.

COSTS:  None